**UNITED STATES DISTRICT COURT**
**FOR THE Western District of North Carolina**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 3:03−cr−00202
Graham Mullen

Michael Houston

Defendant.

TYPE OF CASE: Criminal

---

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE OF HEARING as to Michael Houston; Sentencing set for 1/26/2006 10:00 AM in Courtroom #3, 401 W. Trade St., Charlotte, NC 28202 before Graham Mullen. (Koechley, Jeanie)

1/3/06

s/ Frank G. Johns, Clerk
s/ Jeanie Koechley, Deputy Clerk